FILED

03/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0676

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 22-0676

| | |
|---|---|
| HEIDI A. GABERT,<br><br>Plaintiff and Appellee,<br><br>vs.<br><br>GARRY DOUGLAS SEAMAN,<br><br>Defendant and Appellant | **ORDER GRANTING EXTENSION OF TIME** |

HAVING REVIEWED Intervenor/Appellee, Dawn Freeman, motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED THAT Intervenor/Appellee is granted an extension of time to May 1, 2023, to file her response to Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 20 2023